THE HONORABLE RONALD LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMAN J. ENGLAND and ROXANNE ENGLAND, husband and wife,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MACK TRUCKS, INC., a Pennsylvania corporation; and VOLVO TRUCKS NORTH AMERICA, INC., a Delaware corporation; KYSOR SNYDER, a Michigan Corporation, formerly dba SNYDER TANK, INC., a defunct Michigan Corporation.<br>　　　　　　　　　　Defendants. | NO.  07 CV 5169<br><br>**STIPULATION AND PROPOSED ORDER AUTHORIZING AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED between the parties that during the FRCP 26(f) conference it was revealed that it is necessary to add KYSOR SNYDER, a Michigan Corporation, formerly dba SNYDER TANK, INC., a defunct Michigan Corporation, as defendants in this lawsuit and that counsel of record agree to do so by stipulation.

**STIPULATION AND PROPOSED ORDER
AUTHORIZING AMENDED COMPLAINT**
Page 1 of 3
mt England Stipamendcomp.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED this 27th day of JUNE, 2007. | |

DATED this 27th day of JUNE, 2007.

DAVIES PEARSON, P.C.                    SCHWABE, WILLIAMSON & WYATT, PC.

/s BENJAMIN R. SLIGAR,                   /s HEIDI L. MANDT,
WSB #27161                                      WSBA#26880
Attorneys for Plaintiff                          Attorneys for Defendants Mack Trucks and
                                                          Volvo Trucks

**ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs are authorized to amend their complaint to add KYSOR SNYDER, a Michigan Corporation, formerly dba SNYDER TANK, INC., a defunct Michigan Corporation, as defendants in this lawsuit and to file said Amended Complaint.

DATED this 28th of June, 2007.

[signature: Ronald B. Leighton]

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:                                     Approved for Entry:
DAVIES PEARSON, P.C.                    Notice of Presentation Waived:
                                                          SCHWABE, WILLIAMSON & WYATT, PC.

/s BENJAMIN R. SLIGAR,                   /s HEIDI L. MANDT,
WSB #27161                                      WSBA#26880
Attorneys for Plaintiff                          Attorneys for Defendants Mack Trucks and
                                                          Volvo Trucks

**STIPULATION AND PROPOSED ORDER
AUTHORIZING AMENDED COMPLAINT**
Page 2 of 3
mt England Stipamendcomp.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052